# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOSE MUNOZ-LEVYA,**   **CASE NO. 2:05-cv-526**
**CRIM. NO. 2:04-cr-133**
**JUDGE GRAHAM**
 **Petitioner,**  **Magistrate Judge Abel**

**v.**

**UNITED STATES OF AMERICA,**

 **Respondent.**

## OPINION AND ORDER

On February 27, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed.  Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation.*

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**.  This action is hereby **DISMISSED.**

It is so ORDERED..

 s/James L. Graham
 JAMES L. GRAHAM
 United States District Judge

DATE:  March 21, 2006